## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANK OF AMERICA, N.A.**<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>**FEDERAL DEPOSIT INSURANCE COMPANY,**<br><br>    **Defendant.** | **Civil Action Nos. 10-CV-01681 (BJR)**<br>                     **13-CV-01119 (BJR)**<br>                     **13-CV-01123 (BJR)**<br><br>           **ORDER** |

On June 20, 2014, the Court held a hearing in the above-referenced cases to resolve issues raised by the parties in correspondence to the Court. The Court makes the following rulings with regard to the issues raised at the hearing:

1.      The parties agree that the Court may take judicial notice that the Federal Deposit Insurance Company ("FDIC") has withdrawn its determination that the assets in the receivership of Colonial Bank will never be sufficient to make any distribution on general unsecured claims, 78 Fed. Reg. 23565 (April 19, 2013) (the "No-Value Determination"). Accordingly, the Court GRANTS the FDIC's request for judicial notice [Case No. 13-cv-1119, Dkt. No. 36];

2.      The parties agree that the FDIC's Motion to Remand the No-Value Determination is moot. Accordingly, the Court STRIKES the FDIC's motion for remand [Case No. 13-cv-1119, Dkt. No. 31];

3.      The FDIC's Motion to Quash Bank of America, N.A.'s ("BOA") Request for Production of Documents is moot in light of the FDIC's withdrawal of the No-Value Determination. Accordingly, the Court STRIKES the motion to quash [Case No. 13-cv-1119, Dkt. No. 26];

4.      The parties will brief the issue of whether the remaining claims in Case No. 13-cv-1119 are moot according to the following schedule: (a) the FDIC will file its opening brief on July 11, 2014, (b) BOA will file its opposition on August 1, 2014, and (c) the FDIC will file its reply on August 15, 2014;

5.      The FDIC agrees to withdraw its Motion to Stay filed in the related Freedom of Information Act ("FOIA") case [Case No. 13-cv-1123, Dkt. No. 17], therefore the Court STRIKES the FDIC's motion to stay;

6.      The FDIC will file a motion for summary judgment in the FOIA case [Case No. 13-cv-1123] on August 1, 2014, BOA will file an opposition on September 1, 2014, and the FDIC will file a reply on September 8, 2014;

7.      The parties agree this Court's Order Granting FDIC's Motion to Dismiss BOA's Claims Against the FDIC as Receiver for Colonial Bank dated August 26, 2013 should be vacated in light of the withdrawal of the No-Value Determination. Accordingly, the Court VACATES the order on the motion to dismiss [Case No. 10-cv-1681, Dkt. No. 105];

8.      BOA moved to compel production of additional documents related to Colonial Bank's failure produced by a third-party investigator. The FDIC agrees to produce said documents on or before July 7, 2014. If, as a result of the delayed production of these documents, additional depositions have to be taken, the FDIC will bear the cost of those depositions;

9.      The FDIC agrees to expand the agreed-upon search terms to be inclusive of management reports, pipeline reports, and Teresa Kelly's e-mail;

10.      The FDIC objected to individual categories of production requested by BOA on the grounds that the categories included post-receivership investigative information. The Court

reiterates that post-receivership documents are privileged. The FDIC agrees to furnish all pre-receivership documents in the requested categories;

11.     The FDIC agrees to produce Fundtech data evidencing internal wire-transfers. The parties' respective experts will meet to discuss the form of production;

12.     The FDIC agrees to produce demand letters, administrative subpoenas, and materials submitted to former Colonial Bank officers and directors (other than that related to mediation) concerning the FDIC's investigation of potential claims against these former officers and directors. With respect to materials transmitted to the former officers and directors related to mediation, the parties will brief the issue and will contact the Court with a briefing schedule;

13.     The Court will extend the time for discovery in Case No. 10-cv-1681. The parties will contact the Court with a proposed new discovery deadline.

Dated this 20th day of June, 2014.

Barbara Jacobs Rothstein
U.S. District Court Judge