**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, as indenture trustee, Custodian, and collateral agent for Ocala Funding, LLC, )<br><br>*Plaintiff and Counter-Defendant,* )<br><br>v. )<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Colonial Bank and in its capacity as Receiver for Platinum Community Bank, )<br><br>*Defendants and Counter-Plaintiff.* ) | Case No. 1:10-cv-01681-BJR |

**BANK OF AMERICA'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS RELATING TO THE FDIC-R'S POTENTIAL CLAIMS AGAINST COLONIAL BANK AND PLATINUM BANK OFFICERS AND DIRECTORS**

Plaintiff and Counterclaim-Defendant Bank of America, National Association ("BoA") respectfully moves this Court to compel the production of certain documents and communications relating to the claims, potential claims, or allegations of Defendant and Counterclaim-Plaintiff Federal Deposit Insurance Corporation, in its capacity as Receiver for Colonial Bank and in its capacity as Receiver for Platinum Community Bank ("FDIC-R") against former directors, officers, and employees of Colonial Bank and of Platinum Bank (the "Requested Documents").

1

The grounds for this Motion are set forth the in BoA's accompanying Memorandum of Law.

Dated:  July 7, 2014

                                        MUNGER TOLLES & OLSON LLP

                                        By:  /s/ Patrick L. Robson
                                           Marc T. G. Dworsky (admitted *pro hac vice*)
                                           Kristin L. Myles (admitted *pro hac vice*)
                                           Gregory D. Phillips (admitted *pro hac vice*)
                                           355 South Grand Avenue, Thirty-Fifth Floor
                                           Los Angeles, CA  90071-1560
                                           Tel:  (213) 683-9100
                                           Fax:  (213) 687-3702
                                           marc.dworsky@mto.com
                                           kristin.myles@mto.com
                                           gregory.phillips@mto.com

                                           -and-

                                           Jonathan H. Lasken (Bar No. 997251)
                                           HUNTON & WILLIAMS LLP
                                           2200 Pennsylvania Avenue, N.W.
                                           Washington, DC 20037
                                           Tel.:  202-995-1500
                                           Fax:  202-778-22001
                                           jlasken@hunton.com

                                           Frank E. Emory, Jr. (Bar No. 975713)
                                           Patrick L. Robson (admitted *pro hac vice*)
                                           HUNTON & WILLIAMS LLP
                                           101 South Tryon Street
                                           Charlotte, NC 28280
                                           Tel.:  704-378-4700
                                           Fax:  704-378-4890
                                           femory@hunton.com
                                           probson@hunton.com

                                           *Attorneys for Bank of America,*
                                           *National Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2014, the foregoing Motion to Compel the Production of Documents Relating to the FDIC-R's Potential Claims Against Colonial Bank and Platinum Bank Officers and Directors was served by the Court's ECF System on:

Athanasios Basdekis (DC Bar #463692)
Benjamin L. Bailey (admitted *pro hac vice*)
Christopher S. Morris (admitted *pro hac vice*)
Michael L. Murphy (DC Bar No. 480163)
Patrick Owen Muench (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

BAILEY & GLASSER, LLP
910 17th Street, N.W.
Washington, DC 20006
Telephone: (202) 463-2101
Facsimile: (202) 463-2101)

*Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION*


By:     /s/ Patrick L. Robson